# Court of Appeals
## Tenth Appellate District of Texas

### 10-24-00359-CR

James Jassie Gardner,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
52nd District Court of Coryell County, Texas
Judge Trent D. Farrell, presiding
Trial Court Cause No. 22-27419

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

The trial court found James Jassie Gardner violated four terms and conditions of his community supervision on the felony offense of assault family violence by impeding breath or circulation. See TEX. PENAL CODE ANN. § 22.01. As a result, the trial court revoked his community supervision and assessed his punishment at ten years' confinement in the Texas

Department of Criminal Justice Institutional Division. See TEX. PENAL CODE ANN. § 12.34. This appeal ensued. We affirm the trial court's judgment.

Gardner's appointed counsel filed a motion to withdraw and an Anders brief in support of the motion asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. See *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See id*. at 744, 87 S.Ct. at 1400; *High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978); see also *Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407–09 (Tex. Crim. App. 2008).

In reviewing an Anders appeal, we must, "after a full examination of all the proceedings, . . . decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744, 87 S.Ct. at 1400; see *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 349–50, 102 L.Ed.2d 300 (1988); accord *Stafford v. State*, 813 S.W.2d 503, 509–11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 438 n.10, 108 S.Ct. 1895, 1902 n.10, 100 L.Ed.2d 440 (1988). After a review of the entire record in this appeal, we have determined

the appeal to be wholly frivolous.  See *Bledsoe v. State*, 178 S.W.3d 824, 826–28 (Tex. Crim. App. 2005).  Accordingly, we affirm the trial court's judgment.

Counsel's motion to withdraw from representation of Gardner is granted.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  August 21, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Affirm; Motion granted
Do Not Publish
CR25

